# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

YOSSELINE MELISSA P. G.,[1]
(A Number: 220-501-085)

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. 1:25-cv-01794-JLT-EGC (HC)

**FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS**

(Doc. 1)

<u>10-DAY DEADLINE</u>

Yosseline Melissa P.G. is an asylum-seeker proceeding with counsel on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 10, 2025, Petitioner filed the instant habeas petition along with a motion for temporary restraining order ("TRO"). (Docs. 1, 2). That same date, the Court converted the motion for TRO into a motion for preliminary injunction, set a briefing schedule, and referred the matter to the magistrate judge. (Doc. 6). Further, the Court ordered Respondents not to remove Petitioner from the United States or to transfer Petitioner out of this District. (*Id.*).

Following briefing, on January 23, 2026, the then-assigned magistrate judge issued Findings and Recommendations to grant the construed motion for preliminary injunction. (Doc. 12). Despite Respondents' objections, on January 29, 2026, the Court issued its Order Adopting Findings and Recommendations, Granting Motion for Preliminary Injunction, Directing

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only their first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

Respondents to Release Petitioner, and Enjoining Respondents from Re-Detaining Petitioner. (Doc. 14). More specifically, Respondents were ordered to release Petitioner immediately and were permanently enjoined and restrained from re-detaining Petitioner unless her re-detention was ordered at a custody hearing before a neutral arbiter in which the government was to bear the burden of proving, by clear and convincing evidence, that petitioner presents a flight risk or danger to the community. (*Id*. at 2). Finally, the parties were to notify the Court within seven days if they wished to submit further briefing or submit on the briefing previously submitted and the matter was referred to the magistrate judge. (*Id*.). No party filed additional briefing.

**CONCLUSION & RECOMMENDATION**

As Respondents submitted no further argument, for the reasons stated in the order granting preliminary injunction, (Docs. 12, 14), the undersigned concludes that Respondents violated Petitioner's due process rights by re-detaining her without notice, without opportunity to respond, and without any material change in circumstances concerning whether Petitioner is a danger to the public or a flight risk. The undersigned therefore RECOMMENDS that the petition for writ of habeas corpus (Doc. 1) be GRANTED.

This Findings and Recommendation is submitted to the United States District Court Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within ten (10) days after being served with a copy of this Findings and Recommendation, a party may file written objections with the Court and serve a copy on all parties. *Id*. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendation" and shall not exceed fifteen (15) pages, except by leave of court with good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the fifteen (15) page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal.

*Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014). This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

IT IS SO ORDERED.

Dated: **July 28, 2026**

UNITED STATES MAGISTRATE JUDGE