**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOSSELINE MELISSA P. G.<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No. 1:25-cv-01794-JLT-EGC (HC)<br><br>(A Number: 220-501-085)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Docs. 1, 16) |

Yosseline Melissa P.G. is an asylum-seeker proceeding with counsel on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 28, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition.[1] (Docs. 1, 16.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (*Id.* at 2-3.) Respondents filed timely objections. (Doc. 17.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

[1] The Court previously ordered that Petitioner be released and enjoined Respondents from retaining her. (Doc. 14.)

Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued July 28, 2026 (Doc. 16) are **ADOPTED** in full.
2. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.
3. The Clerk of the Court is directed to terminate any deadlines or motions and to close this case.

IT IS SO ORDERED.

Dated: July 29, 2026

UNITED STATES DISTRICT JUDGE